

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2023

No. 04-22-00901-CV

**IN RE FAIR OAKS COUNTRY STORE, LLC**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Beth Watkins, Justice

On December 30, 2022, relator filed a petition for writ of mandamus. This court is of the tentative opinion that a serious question concerning the requested relief requires further consideration. Therefore, the court requests that respondent and real parties in interest file a response to the petition **on or before January 26, 2023.** *See* TEX. R. APP. P. 52.8(b). Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on January 6, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2020CI14929, styled *Stacy Marc Barrus as Turnover Receiver for Victor Farias and Integrity Aviation and Leasing, LLC, and Gina Perez, Lisa Aldaco, Olga Perez-Meredith, Viola Fraga, Elaine Castillo, Susan Perez, and Joann Aguilar vs. Fair Oaks Country Store, LLC*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.